UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    YENSY CONTRERAS,

                               Plaintiff,

                            22-cv-291 (VSB)

            -against-

                            **ORDER**

    THE 67 LIQUOR SHOP, INC.,

                               Defendant.

------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       Plaintiff Yensy Contreras filed this action on January 11, 2022 against Defendant The 67 Liquor Shop, Inc.  (Doc. 1.)  On March 11, 2022, Plaintiff filed an affidavit of service.  (Doc. 5.)  The deadline for Defendant to respond to Plaintiff's complaint was March 23, 2022.  (*See* Doc. 5.)  To date, Defendant has not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than March 31, 2022.  If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss Plaintiff's claims for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    March 24, 2022
              New York, New York

                                                    VERNON S. BRODERICK
                                                    United States District Judge