```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YENSY CONTRERAS,

                              **Plaintiff,**                    22-CV-00291 (VSB)(SN)

          -against-                             **ORDER**

THE 67 LIQUOR SHOP, INC.,

                              **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       On June 6, 2022, the Honorable Vernon S. Broderick assigned this matter to my docket for settlement. By June 15, 2022, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                            _____
                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:       June 7, 2022
                  New York, New York